BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00188 LJO SKO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| JOSE VALENZUELA and JAIME LARA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the first status conference scheduled on October 20, 2014, should be continued to November 17, 2014 at 1:00 p.m. The government has provided a substantial amount of discovery, including transcripts and recordings. Additionally, defense counsel Bijev is out of the country until October 19, 2014. Therefore, the parties request that the first status conference be rescheduled to November 17, 2014, and that time be excluded through November 17, 2014, for further defense investigation, preparation, review of discovery and continuity of counsel.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney's Office

DATED: October 14, 2014           /s/ Melanie L. Alsworth
                                  MELANIE L. ALSWORTH
                                  Assistant United States Attorney

DATED: October 14, 2014           /s/Richard Beshwate, Jr.
                                  RICHARD BESHWATE, JR.
                                  Attorney for JOSE VALENZUELA

DATED: October 14, 2014           /s/Hristo Bijev
                                  HRISTO BIJEV
                                  Attorney for JAIME LARA

1

**ORDER**

IT IS SO ORDERED.

Dated:   **October 16, 2014**                             **/s/ Sheila K. Oberto**
                                                                       UNITED STATES MAGISTRATE JUDGE

2