HRISTO K BIJEV, #216521
Attorney at Law
1330 L Street, Ste. B
Fresno, California 93721
Telephone: (559) 264-6585
Facsimile:   (559) 264-6611
e-mail: bijevlaw@yahoo.com

Attorney for Defendant: JAIME LARA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiffs,<br><br>vs.<br><br>JOSE VALENZUELA and JAIME LARA,<br><br>         Defendants | Case No.: 1:14-CR-00188 LJO SKO<br><br>JOINT STIPULATION TO<br>CONTINUE STATUS CONFERENCE;<br>AND ORDER |

    IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the status conference scheduled on March 30, 2015, should be continued to May 4, 2015 at 1:00 p.m. The defense expert, Central Valley Toxicology, is in process to examine the evidence, which will assist the parties in reaching a resolution in the case. Said time and date for examination is not yet set by Special Agent Wolfe. In addition, details for the drug transportation and the chain of custody are currently being specified. The parties request that time be excluded through May 4, 2015, for further defense investigation/examination/testing of the evidence, preparation and review of discovery.

    IT IS SO STIPULATED.

Date: March 16, 2015

BENJAMIN B. WAGNER
United States Attorney's Office
/s/Melanie L. Alsworth_____
Melanie L. Alsworth
Assistant United States Attorney

1

| | |
|---|---|
| Date: March 16, 2015 | /s/Richard Beshwate, Jr._____ <br> Richard Beshwate, Jr. <br> Attorney for Jose Valenzuela |
| Date: March 16, 2015 | /s/Hristo Bijev_____ <br> HRISTO BIJEV <br> Attorney for Jaime Lara |

ORDER

IT IS SO ORDERED.

   Dated: **March 18, 2015**                  **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE