RICHARD A. BESHWATE, JR., SBN: 179782
ATTORNEY AT LAW
2020 TULARE STREET SUITE A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

Attorney for Defendant, JOSE VALENZUELA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE VALENZUELA,<br><br>    Defendant.<br>_____ | **Case:1:14-CR-00188 LJO/SKO**<br><br>**STIPULATION AND ORDER TO TRANSPORT EVIDENCE TO CENTRAL VALLEY TOXICOLOGY LABORATORY** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR., attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the evidence (methamphetamine) in this case is to be transported to the Central Valley Toxicology Laboratory located at 1580 Tollhouse Road, Clovis, CA 93611, for the purpose of testing.

/
/
/

DATED: May 1, 2015

                                        Respectfully submitted,
                                        /S/ RICHARD A. BESHWATE, JR.
                                        RICHARD A. BESHWATE, JR.
                                        Attorney for Defendant, JOSE VALENZUELA

DATED: May 1, 2015

                                        Respectfully submitted,
                                        /S/ Melanie Alsworth
                                        MELANIE ALSWORTH, Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED THAT the evidence (methamphetamine) in the above-referenced matter be transported in its entirety to Central Valley Toxicology (CVT) located at 1580 Tollhouse Road, Clovis, California 93611. Upon arrival at Central Valley Toxicology, the evidence (methamphetamine) will be weighed/measured and a sample will be taken for testing by a representative of CVT. The remaining amount of methamphetamine will be immediately returned to the transporting officer who will then return the methamphetamine to the storage location from where it was removed.

IT IS SO ORDERED.

Dated:   **May 1, 2015**                             **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE