RICHARD A. BESHWATE, JR.  SBN 179782
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOSE VALENZUELA,<br><br>JAIME LARA<br><br>          Defendants | CASE NO.: 1:14-CR-00188 LJO/SKO<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE HEARING |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR., attorney for Defendant Jose Valenzuela, HISTRO BIJEV, attorney for Defendant, Jaime Lara, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for September 8, 2015, at 1:00 p.m., shall be continued until OCTOBER 19, 2015, at 1:00 p.m. or to a date the Court deems appropriate.

   This continuance is necessary because defendant Jose Valenzuela's attorney has just had surgery and it is expected that he will require a recovery period of 4 to 6 weeks.  Defendant's attorney will not have sufficient time to prepare for Mr. Valenzuela's motion hearing which is currently set on September 8, 2015.

   The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  Specifically, defendant's counsel has been unavailable due to his surgery and recovery.  The parties stipulate and agree that the interests of justice are served by ///

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: September 3, 2015         Respectfully submitted,

/s/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
Jose Valenzuela

Dated: September 3, 2015         Respectfully submitted,

/s/ Histro Bijev
HISTRO BIJEV.
Attorney for Defendant,
Jaime Lara

Dated:  September 3, 2015

Respectfully submitted,

/s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant U.S. Attorney

**ORDER**

This matter has been set for trial on January 12, 2016.  As such, the parties' request to continue to status conference to **OCTOBER 19, 2015, at 1:00 p.m.** is granted.

IT IS SO ORDERED.

Dated:   **September 4, 2015**              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE