RICHARD A. BESHWATE, JR.  SBN 179782
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| UNITED STATES OF AMERICA, | CASE NO.: 1:14-CR-00188 LJO/SKO |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE HEARING |
| JOSE VALENZUELA, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR., attorney for Defendant Jose Valenzuela, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for April 11, 2016 at 9:30 a.m., shall be continued until APRIL 25, 2016, at 8:30 a.m., or anytime that the matter may be heard or to a date the Court deems appropriate.

    This continuance is necessary because parties need additional time to prepare for sentencing.

    The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv). .  The parties stipulate and agree that the interests of justice are

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: April 5, 2016         Respectfully submitted,

/s/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
Jose Valenzuela

Dated:  April 5, 2016

Respectfully submitted,

/s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the date set for hearing be continued to **APRIL 25, 2016, at 8:30 A.M. p.m.**

**IT IS SO ORDERED.**

Dated April 5, 2016        /s/ Lawrence J. O'Neill
                            HON. LAWRENCE J. O'NEILL
                            UNITED STATES DISTRICT JUDGE