IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE VALENZUELA,<br><br>　　　　　　　Defendant. | 1:14-CR-00188 LJO<br><br>ORDER GRANTING EXTENSION OF TIME |

Having reviewed the government's request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows: government's answer/response to the movant's motion shall be due January 10, 2018; and movant's reply shall be due February 26, 2018.

IT IS SO ORDERED.

Dated: __**October 18, 2017**__　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE