IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE VALENZUELA,<br><br>　　　　　　　Defendant. | 1:14-CR-00188 LJO<br><br>ORDER FINDING WAIVER OF PETITIONER'S ATTORNEY-CLIENT PRIVILEGE |

On December 6, 2017, the government filed a Motion for Order Finding Waiver of Petitioner's Attorney-Client Privilege (Doc. 77). A Minute Order (Doc 78) was issued on December 7, 2017, and served via mail on Petitioner the same day. The Minute Order directed Petitioner to file any objection to the government's motion no later than December 22, 2017. No objection was filed.

The Court **GRANTS** the government's motion. The Court finds that Petitioner has waived the attorney-client privilege as to the issues raised in his petition.

The government shall not use or disclose the privileged material it obtains in this habeas action for any purpose or to any party or in any proceeding beyond this action.

IT IS SO ORDERED.

　　Dated: **January 5, 2018**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE