HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE VALENZUELA,<br><br>Defendant. | Case No. 1:14-cr-00188-JLT-SKO-1<br><br>STIPULATION TO CONTINUE SENTENCING HEARING;ORDER<br><br>Date:   September 16, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

   **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Laura Jean Berger, counsel for plaintiff, and Assistant

Federal Defender Christina M. Corcoran, counsel for defendant JOSE VALENZUELA, that the

Court may continue the sentencing hearing from August 19, 2022, to September 16, 2022, at

9:00 a.m.

   The continuance is required to allow sufficient time to review the presentence report with

Mr. Valenzuela. Informal objections shall be filed by August 19, 2022.

   As this is a sentencing hearing, no exclusion of time is necessary.

///

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 29, 2022          */s/ Laura Jean Berger*
                             LAURA JEAN BERGER
                             Assistant United States Attorney
                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 29, 2022          */s/ Christina M. Corcoran*
                             CHRISTINA M. CORCORAN
                             Assistant Federal Defender
                             Attorney for Defendant
                             JOSE VALENZUELA


## **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for August 19, 2022, to September 16, 2022 at 9:00 a.m.


IT IS SO ORDERED.

Dated:   **August 1, 2022**                                   UNITED STATES DISTRICT JUDGE

Jackson / Stipulation and
Proposed Order