HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSE VALENZUELA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE VALENZUELA,<br><br>Defendant. | Case No. 1:14-cr-00188 JLT-SKO-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge:  Hon. Jennifer L. Thurston |

Defendant, JOSE VALENZUELA, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable;

2.      The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision").  *See* Amendment 821, Part B, Subpart 1.  The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

       3.     On September 16, 2022, this Court sentenced Mr. Valenzuela to a term of 168 months;

       4.     Mr. Valenzuela's total offense level was 35, his criminal history category was I (based on him having zero criminal history points), and the resulting guideline range was 168 to 210 months;

       5.     The sentencing range applicable to Mr. Valenzuela was subsequently lowered by the zero-point provision;

       6.     Mr. Valenzuela is eligible for a reduction in sentence, which reduces his total offense level by 2 from 35 to 33, and his amended advisory guideline range is reduced to 135 to 168 months;

       7.     Because Mr. Valenzuela is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Valenzuela's term of imprisonment to 135 months effective February 1, 2024, but if the amount of time served as of February 1, 2024 exceeds 135 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

Respectfully submitted,

Dated:  January 24, 2024

PHILLIP A. TALBERT
United States Attorney


*/s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  January 24, 202424

HEATHER E. WILLIAMS
Federal Defender


*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender

Attorneys for Defendant
JOSE VALENZUELA

1

**ORDER**

2        This matter came before the Court on the stipulated motion of the parties for reduction of

3   sentence pursuant to 18 U.S.C. § 3582(c)(2).

4        The parties agree, and the Court finds, that Mr. Valenzuela is entitled to the benefit of

5   Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total

6   offense level from 35 to 33, resulting in an amended guideline range of 135 to 168 months.

7        IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of

8   imprisonment imposed in 2022 is reduced to a term of 135 months, effective February 1, 2024,

9   but if the amount of time served as of February 1, 2024 exceeds 135 months, the sentence is

10  instead reduced to a sentence of time-served as of February 1, 2024. However, if the defendant is

11  entitled to release because of this order, **release is delayed up to 10 days** to allow the Bureau of

12  Prisons time to perform required safety and background checks, victim notifications, and release

13  planning.

14       IT IS FURTHER ORDERED that all the terms and provisions of the original judgment

15  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

16  reduction in sentence and shall serve certified copies of the amended judgment on the United

17  States Bureau of Prisons and the United States Probation Office.

18       Unless otherwise ordered, Mr. Valenzuela shall report to the United States Probation

19  Office within seventy-two hours after his release.

20

21  IT IS SO ORDERED.

22      Dated:   **January 25, 2024**

                                          _____
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28